INSTR # 113992932 Page 1 of 1, Recorded 10/19/2016 at 11:45 AM
Broward County, Deputy Clerk ERECORD
Case 0:24-cv-60703-RS, Document 1-2 Entered on FLSD Docket 04/29/2024

**GOVERNMENT EXHIBIT B**

DEPARTMENT OF JUSTICE

**NOTICE OF LIEN FOR FINE AND/OR RESTITUTION**
IMPOSED PURSUANT TO THE
ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996
United States Attorney's Office
**SOUTHERN DISTRICT OF FLORIDA**

Notice is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, Section 3613(c), a fine or an order of restitution imposed pursuant to the provisions of sub chapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d) a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

Name of Defendant: Luis Duco

Social Sec. #: ***-**-____

Year of Birth: 1948

Amount of Assessment\Fine\Restitution: $1,139,719.00

Court Imposing Judgment: **U.S. DISTRICT COURT, SDFL**

Court Number: 02-20813-CR-KING

Date of Judgment: August 18, 2003

**\*PLUS STATUTORY INTEREST \***
If payment becomes past due, possible penalties totaling 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

**IMPORTANT RELEASE INFORMATION**--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law.

Place of Filing: **BROWARD COUNTY, FL**
This notice was prepared at MIAMI, FLORIDA on this, the 19 day of October, 2016

Signature

VIVIAN ROSADO
Assistant U.S. Attorney

This Instrument Prepared
By: Maryet Moxie-Stinson
U.S. Attorney's Office
Financial Litigation Unit
99 N.E. 4th Street
Miami, Florida 33132
(305)961-9360